**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE SHIELDS,

Plaintiff

v.

KARA LEGRAND, et al.,

Defendants

Case No.: 3:25-cv-00547-ART-CSD

**Order**

Re: ECF No. 10

The parties reached a settlement of this action at the early mediation conference on August 4, 2026. The court ordered the parties to file the stipulation and proposed order of dismissal or a status report by August 11, 2026. (ECF No. 10.) To date, neither a stipulation for dismissal nor a status report has been filed. On or before **September 15, 2026**, defense counsel shall file the stipulation and proposed order for dismissal of this action with prejudice or a status report explaining why the stipulation has not been filed.

**IT IS SO ORDERED**.

Dated: August 25, 2026

Craig S. Denney
United States Magistrate Judge