# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIE SHIELDS,

Plaintiff

v.

KARA LEGRAND, *et al.*,

Defendants

Case No. 3:25-cv-00547-ART-CSD

**ORDER GRANTING**

STIPULATION TO
DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Willie Shields, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 4th day of August, 2024.

WILLIE SHIELDS #18785
*Plaintiff, pro se*

DATED this 4th day of August, 2024.
AARON D. FORD
Attorney General

*/s/ Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

Anne R. Traum
United States District Judge

Dated this 16th day of September, 2026.